In the Matter of David L. Pierce, Respondent, v Sara Wolf, Appellant. [932 NYS2d 409]—

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties, petitioner-respondent, respondent-petitioner, and by the Attorney for the Child on October 19, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.